IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

COREY HUNTER                                                                                                 PLAINTIFF

        v.                                      Civil No. 6:12-cv-06078

JAILER NICK FUNDERBURK;
JAIL ADMINISTRATOR RICK LOY;
SHERIFF JASON WATSON, Clark
County, Arkansas                                                                                          DEFENDANTS

### REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE

This is a civil rights action filed by the Plaintiff pursuant to 42 U.S.C. § 1983. Plaintiff proceeds *pro se* and *in forma pauperis*. Pursuant to the provisions of 28 U.S.C. § 636(b)(1) and (3)(2013), the Honorable Robert T. Dawson, United States District Judge, referred this case to the undersigned for the purpose of making a report and recommendation.

By order (ECF No. 23) entered on August 6, 2013, Plaintiff was directed to return a notice to the Court by September 3, 2013. On the notice, Plaintiff was to indicate whether he intended to respond to the summary judgment on his own or if he was requesting the assistance of the Court by preparation of a questionnaire.

When Plaintiff failed to return the notice, a show cause order was entered (ECF No. 24). Plaintiff was given until October 4, 2013, to show cause why this action should not be dismissed based on his failure to comply with the Court order and his failure to prosecute this case.

Plaintiff has not responded to the show cause order. The Court's order has not been returned as undeliverable. Plaintiff has not responded to the summary judgment motion. Plaintiff has not communicated with the Court in anyway.

I therefore recommend that this action be dismissed based on Plaintiff's failure to obey the orders of the Court and his failure to prosecute this action. Dismissal will count as a strike for purposes of 28 U.S.C. § 1915(g) and the Clerk should be instructed to place a § 1915(g) strike flag on the case.

**The parties have fourteen (14) days from receipt of the report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1). The failure to file timely objections may result in waiver of the right to appeal questions of fact. The parties are reminded that objections must be both timely and specific to trigger de novo review by the district court.**

DATED this 17th day of October 2013.

/s/ Barry A. Bryant  
HON. BARRY A. BRYANT  
UNITED STATES MAGISTRATE JUDGE