```
          IN THE UNITED STATES DISTRICT COURT
             WESTERN DISTRICT OF ARKANSAS
                 HOT SPRINGS DIVISION
```

COREY HUNTER                                              PLAINTIFF

    V.                     Civil No. 12-6078

JAILER NICK FUNDERBURK;
JAIL ADMINISTRATOR RICK
LOY; SHERIFF JASON WATSON,
Clark County, Arkansas                                    DEFENDANTS

## O R D E R

On this 7th day of November 2013, there comes on for consideration the report and recommendation filed in this case on October 17, 2013, by the Honorable Barry A. Bryant, United States Magistrate for the Western District of Arkansas. (Doc. 25). No objections were filed to the report and recommendation.

The court has reviewed this case and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted to the extent that Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE for failure to prosecute and failure to obey the orders of this Court. *See* Fed. R. Civ. P. 41(b).

IT IS SO ORDERED.

                                        /s/ Robert T. Dawson
                                        Honorable Robert T. Dawson
                                        United States District Judge